**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| JUDI BARRECA and JENNIFER HARRELL, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>  v.<br><br>GLAXOSMITHKLINE CONSUMER HEALTHCARE HOLDINGS (US) LLC,<br><br>    Defendant. | **ENDORSED ORDER**<br>No. 1:23-cv-07972-RER-PK |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiffs Judi Barreca and Jennifer Harrell ("Plaintiffs"), by and through their counsel of record, hereby voluntarily dismiss this action against Defendant GlaxoSmithKline Consumer Healthcare Holdings (US) LLC, now known as Haleon ("Defendant"), with prejudice. Defendant has not filed or served an answer or a motion for summary judgment in the action.

The Parties will each bear their own fees and costs.

DATED: March 14, 2024

So Ordered: Date 3/15/2024
/s/ Ramón E. Reyes, Jr.
U.S. District Judge, E.D.N.Y.

The Court Clerk is respectfully directed to close the case.

**GLANCY PRONGAY & MURRAY LLP**

By: /s/ Daniella Quitt
Daniella Quitt
745 Fifth Avenue, 5th FL
New York, NY 10151
Telephone: (212) 935-7400
Email: dquitt@glancylaw.com

**TREEHOUSE LAW LLP**

By: /s/ Joshua Nassir
Joshua Nassir
2121 Avenue of the Stars, Suite 2580
Los Angeles, CA 90067
Telephone: (310) 751-5948
Email: jnassir@treehouselaw.com

**THE WAND LAW FIRM, P.C.**

By: /s/ Aubry Wand
Aubry Wand
100 Oceangate, Suite 1200
Long Beach, CA 90802
Telephone: (310) 590-4503
Email: awand@wandlawfirm.com

*Attorneys for Plaintiffs and the Putative Class*

1